# United States Bankruptcy Court

Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201–1800

## NOTICE OF ELECTRONIC FILING PROCEDURE

**Case Name: Howard L Henderson**

**Case Number: 1–08–48268–cec**          **Date Filed: December 4, 2008**

The above case was filed electronically, and is accessible via the Court's Internet site at http://www.nyeb.uscourts.gov. In compliance with Federal Rule of Civil Procedure 11 and the court's General Order on Electronic Filing Procedures ("General Order #473"), the attorney's initials, the last four digits of the attorney's social security number and the password assigned to the attorney by the court shall constitute the attorney's signature on any document filed electronically. Security of a password issued to an attorney is the attorney's responsibility. An original signed copy of all filings shall be maintained in the attorney's file in accordance with General Order #473.

All parties with legal representation must file documents by one of the following methods:

1. **INTERNET (Preferred Method):** The requirements for filing, viewing and retrieving case documents over the Internet are: A personal computer running a standard Windows platform (Windows 98/Me/NT/2000/XP); an Internet provider using Point to Point Protocol (PPP) for dial–up service, or offering DSL or cable service; Netscape Navigator software version 7.2x or higher or Microsoft Internet Explorer version 6.0 or higher; and software to convert documents from a word processing format (e.g., Corel WordPerfect or Microsoft Word) to portable document format (PDF). (If the word processing software you use does not contain a built–in conversion utility, you will need Adobe Acrobat, version 4.01 or higher, to perform the conversion.) The URL address is www.nyeb.uscourts.gov. A password is needed to file documents into this system. Please contact the Court to obtain a password. In addition, a Pacer login is needed to view or print documents from this system. A Pacer login can be obtained by calling the Pacer Service Center at 1–800–676–6856 or by visiting their website at http://pacer.psc.uscourts.gov.

2. **DISKETTE or CD–ROM, PDF FORMAT:** If you are not equipped or have not registered to file over the Internet, you must submit your documents on a diskette or CD–ROM, in PDF format. Adobe Acrobat software will provide you with the ability to create documents in PDF format; additionally, word processing programs such as Corel WordPerfect and Microsoft Word include a built–in conversion utility. Use a separate diskette or CD–ROM for each filing. Submit the diskette or CD–ROM in an envelope with the case name, case number, type and title of the document, and the file name on the diskette or CD–ROM.

**Important Note: Proofs of claim may be filed over the Internet, on diskette or CD–ROM, or in paper form.**

**Adversary Proceedings filed relative to cases assigned to the ECF system will also be assigned to the system. Documents filed in such proceedings MUST comply with the foregoing electronic filing requirements.**

**Parties without legal representation may file documents in paper form, in accordance with procedures set forth in the court's Local Rules.**

**The debtor is responsible for serving a copy of the petition on certain parties. Names and addresses of parties to be served will be found on the reverse of this notice.**

Dated: December 4, 2008

For the Court, Robert A. Gavin, Jr., Clerk of Court

**Service of Petition**

In ALL cases, a copy of the petition must be served on the United States
Trustee, as follows:

**BROOKLYN CASES:**
Office of the United States Trustee
271 Cadman Plaza East, Suite 4529
Brooklyn, New York 11201

**CENTRAL ISLIP CASES:**
Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, NY 11722

In Chapter 11 cases ONLY, a copy of the petition must be served on the
following parties:

Internal Revenue Service
11601 Roosevelt Blvd.
P.O. Box 21126
Philadelphia, PA 19114

Securities & Exchange Commission
Northeast Regional Office
Woolworth Building
233 Broadway
New York, New York 10279

In Chapter 7, Chapter 12 and Chapter 13 cases, a copy of the petition must be served on the trustee appointed in the
case. Refer to the Notice of Meeting of Creditors accompanying this notice for the name and mailing address of the
trustee.

**Important Note: Cell Phones are strictly prohibited in the Courthouse.**

**BLnef.jsp** [Notice of Electronic Filing rev. 3/21/07]

# CERTIFICATE OF NOTICE

```
District/off: 0207-1        User: jwilkinso       Page 1 of 1              Date Rcvd: Dec 04, 2008
Case: 08-48268              Form ID: 245          Total Served: 8
```

The following entities were served by first class mail on Dec 06, 2008.
```
db          +Howard L Henderson,   108-30 Liverpool Street,   Jamaica, NY 11435-5428
tr          +Michael J. Macco,   135 Pinelawn Road,   Suite 120 South,   Melville, NY 11747-3153
smg         +Diana Adams,   Office of the United States Trustee,   271 Cadman Plaza East,
             Brooklyn, NY 11201-1820
5993200     +Bank ofAmerica,   Allied Interstate, Inc.,   PO Box 361774,   Columbus, OH 43236-1774
5993201     +Bell Atlantic / Dept. 555,   PO Box 4127,   Concord, CA 94524-4127
5993202     +Metropolitan Dental Association,   225 Broadway,   New York, NY 10007-3911
5993203     +NYC Dept ofFinance,   PO Box 32,   New York, NY 10008-0032
5993205      USAA Credit Card Service,   10750 McDermott PWY,   San Antonio, TX 78288-0570
```

The following entities were served by electronic transmission.
```
NONE.                                                                     TOTAL: 0
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5993204*    +NYC Dept ofFinance,   PO Box 32,   New York, NY 10008-0032
                                                                          TOTALS: 0, * 1
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 06, 2008**                    **Signature:**  _Joseph Speetjens_