United States Bankruptcy Court Eastern District of New York

In re: Howard L. Henderson (debtor)        Case No. 1-08-48268-cec

CHAPTER 13 PLAN

1. The future earnings of the debtor are submitted to the supervision and control of the trustee and the debtor shall pay to trustee the sum of $1,427.20 monthly for a period of 60 months.

2. Debtor owes secured creditors AMC Mortgage and First Franklin Loan Service approximately $88,032.00 for arrears, legal fees and 10% administration fees. Debtor proposes to repay this over the life of the plan. The 10% administrative fee is payable to the United States Trustee for a total of $7,336.70

Dated: 12/17/2008

Debtor: *Howard Henderson* (signature)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:   Henderson, Howard L.

Case No.  1-08-48268-cec

Chapter  13

Debtor(s).
-----------------------------------------------------------------x

## AFFIDAVIT PURSUANT TO LOCAL RULE 1009-1(a)

_____Howard L. Henderson_____, undersigned debtor herein, swears as follows:

1. Debtor filed a petition under chapter __13__ of the Bankruptcy Code on __12/04/2008__.

2. Filed herewith is an amendment to ____Chapter 13 Plan____ [indicate list(s), schedule(s) or statement(s) being amended] previously filed herein.

3. Annexed hereto is a listing setting forth the specific additions or corrections to, or deletions from, the affected list(s), schedule(s) or statement(s). The nature of the change (addition, deletion or correction) is indicated for each creditor or item listed.

4. [If creditor records have been added or deleted, or mailing addresses corrected] An amended mailing matrix is annexed hereto, reflecting only changes adding or deleting as have been referred to above.

Dated: __13/17/2008__

(Signature of Debtor)

Sworn to before me this __17th__
day of __December__, 200 08

Notary Public, State of New York

SAMUEL HENDERSON
Notary Public, State of New York
No. 01HE5081576
Qualified in Queens County
Commission Expires July 7, 20___

*Reminder: No amendment of schedules is effective until proof of service in accordance with EDNY LBR 1009-1(b) has been filed with the Court.*

If this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within which any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. This motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 10 days following filing of proof of service of this affidavit, all attachments and the amended schedules in accordance with EDNY LRB 1009-1.

USBC-63                                                                                                                    Rev. 3/27/03