**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOWARD L HENDERSON | § | CASE NO. 108-48268-CEC |
| | § | CHAPTER 13 |
| | § | |
| | § | JUDGE CARLA E. CRAIG |

### REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that NATIONAL BANKRUPTCY SERVICES.COM LLC has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**USAA**
**P. O. Box 829009**
**Dallas, Texas 75382-9009**

Respectfully submitted,
NATIONAL BANKRUPTCY SERVICES.COM LLC

/s/ Hilary B. Bonial

Hilary B. Bonial

F# 7175-N-0439
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for USAA

**CERTIFICATE OF SERVICE**

     I, Hilary B. Bonial, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before January 19, 2009:

**Debtors' Attorney**
Howard L Henderson
Debtor Pro Se
108-30 Liverpool Street
Jamaica, NY  11435

**Chapter 13 Trustee**
Michael J. Macco
135 Pinelawn Road, Suite 120 South
Melville, New York 11747

**U.S. Trustee**
Office of the US Trustee
560 Federal Plaza
Central Islip, New York 11722-4456


     /s/ Hilary B. Bonial

     Hilary B. Bonial


7175-N-0439
noaelect