# United States Bankruptcy Court

Eastern District Of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

---

IN RE:                                                                                                             CASE NO: 1−08−48268−cec

   Howard L Henderson

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:                                CHAPTER: 13

   xxx−xx−7176

                      DEBTOR(s)

---

## NOTICE OF DISMISSAL OF CASE

### NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

Notice is hereby given that:

The above−named debtor(s) having filed a Chapter 13 petition in bankruptcy on December 4, 2008 and an order having been entered by the Honorable Carla E. Craig, United States Bankruptcy Judge, on March 6, 2009 for the dismissal of said petition.

You are notified that the petition of the above−named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, it must be paid in full to the clerk of court upon receipt of this notice.

Dated: March 6, 2009

                                                                                                                           For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnod** [Notice of Dismissal rev.9/23/02]

# CERTIFICATE OF NOTICE

```
District/off: 0207-1           User: pmillet              Page 1 of 1              Date Rcvd: Mar 06, 2009
Case: 08-48268                 Form ID: 227               Total Served: 15
```

The following entities were served by first class mail on Mar 08, 2009.
```
db          +Howard L Henderson,   108-30 Liverpool Street,   Jamaica, NY 11435-5428
tr          +Michael J. Macco,   135 Pinelawn Road,   Suite 120 South,   Melville, NY 11747-3153
smg         +Diana Adams,   Office of the United States Trustee,   271 Cadman Plaza East,
              Brooklyn, NY 11201-1820
5993200     +Bank ofAmerica,   Allied Interstate, Inc.,   PO Box 361774,   Columbus, OH 43236-1774
5993201     +Bell Atlantic / Dept. 555,   PO Box 4127,   Concord, CA 94524-4127
6029826     +FIRST FRANKLIN, A DIVISION OF,   NATIONAL CITY BANK,   c/o Berkman Henoch Peterson et al,
              Attn: Bruce D. Mael, Esq.,   100 Garden City Plaza,   Garden City, New York 11530-3339
6028834     +First Franklin, A Division of,   National City Bank,   150 Allegheny Center Mall,
              Pittsburgh, PA 15212-5335
5993202     +Metropolitan Dental Association,   225 Broadway,   New York, NY 10007-3911
6034112      NATIONAL BANKRUPTCY SERVICES.COM LLC,   c/o USAA,   P. O. Box 829009,   Dallas, Texas 75382-9009
6034113     +NATIONAL BANKRUPTCY SERVICES.COM LLC,   9441 LBJ Freeway, Suite 350,   Dallas, Texas 75243-4652
5993203     +NYC Dept ofFinance,   PO Box 32,   New York, NY 10008-0032
6042021      New York City Water Board,   Dept of Environmental Protection,   59-17 Junction Blvd,
              Bankruptcy Unit 13th Floor,   Flushing, NY 11373-5108
5993205      USAA Credit Card Service,   10750 McDermott PWY,   San Antonio, TX 78288-0570
```

The following entities were served by electronic transmission on Mar 06, 2009.
```
6034658       EDI: RMSC.COM Mar 06 2009 15:08:00     GE Money Bank/JCPENNEY CREDIT SERVICES,
                c/o Recovery Management Systems Corp.,   Attn: Ramesh Singh,   25 SE 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
6030561       EDI: RECOVERYCORP.COM Mar 06 2009 15:08:00     Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
                                                                                               TOTAL: 2
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5993204*    +NYC Dept ofFinance,   PO Box 32,   New York, NY 10008-0032
                                                                                             TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 08, 2009**                          **Signature:**    _Joseph Speetjens_